# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME RANIELL, *on behalf of himself and all others similarly situated,*<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SPEAR WILDERMAN, P.C.<br><br>　　　　　　　　Defendant | Case No. 2:23-cv-01442 |

## STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE

Plaintiff, Jerome Raniell, and Defendant, Spear Wilderman, P.C., being all parties who have appeared, and by and through their respective undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed without prejudice in its entirety, with each party bearing its own costs and fees.

[SIGNATURES FOLLOW ON NEXT PAGE]

*Attorneys for Plaintiff Jerome Raniell,*

**LEVIN, SEDRAN & BERMAN LLP**

_____
Charles E. Schaffer, Esquire
Nicholas J. Elia, Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
nelia@lfsblaw.com
Dated: October 3, 2023

**APPROVED BY THE COURT on October _____, 2023**

_____
**CLERK OR UNITED STATES DISTRICT COURT JUDGE**